# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERALDINE TRICE,<br>    Plaintiff(s),<br>v.<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>    Defendant(s). | Case No.: 2:20-cv-02139-KJD-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Defendant failed to file a certificate of interested parties. Accordingly, Defendant must file a certificate of interested parties no later than December 7, 2020.

IT IS SO ORDERED.

Dated: November 30, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1