# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GERALDINE TRICE,

    Plaintiff(s),

v.

LIBERTY MUTUAL INSURANCE COMPANY,

    Defendant(s).

Case No. 2:20-cv-02139-KJD-NJK

**Order**

[Docket No. 31]

Pending before the Court is Defendant's motion to extend the deadline for dispositive motions until 30 days after resolution of its motion to dismiss. Docket No. 31; *see also* Docket No. 4 (motion to dismiss). Plaintiff did not file a response and the deadline for doing so has expired. For good cause shown,[1] the motion to extend is **GRANTED**. The current deadline to file dispositive motions is **VACATED** and will be **RESET** automatically to 30 days after issuance of the order resolving the pending motion to dismiss.

IT IS SO ORDERED.

Dated: June 22, 2021

                                            Nancy J. Koppe
                                            United States Magistrate Judge

---

[1] The motion relies primarily on the standards applicable to staying discovery. At this juncture, discovery is already closed. *See* Docket No. 29 at 3. Hence, the motion is better framed as one seeking modification of the scheduling order. Fed. R. Civ. P. 16(b)(4); *see also* Local Rule 26-3. Accordingly, the Court applies the good cause standard to the instant motion.

1